SANDRA L. BENDON
3943 Irvine Blvd., #329
Irvine, CA 92602
Telephone: (714) 389-4100
Telecopier: (714) 389-4102

TRUSTEE

FILED
MAR 02 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 6:05-bk-22893 BB CB |
| COLLETTE, ROBERT JOHN JR. | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| | **(FRBP 3011)** |
| DEBTOR(S) | |

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto **Check No. 1020** in the amount of **$4,210.06** representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount (s) to be paid to each person entitled to said unclaimed dividend is attached.

DATED: 3/1/11

_____
SANDRA L. BENDON
Chapter 7 Trustee

**CLAIMS LIST FOR UNCLAIMED DIVIDENDS**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>3420 TWELFTH ST.<br>RIVERSIDE, CA 92501 | $ 282.00 |
| CACV MARYLAND NATIONAL BANK<br>CACV.CACH OF COLORADO<br>COLLECT AMERICA LT<br>370 17TH STREET, SUITE 5000<br>DENVER, CO 80202<br>ACCT: 12461590303020311 OR<br>          5490993999644620 | $3,895.42 |
| LLURMGI<br>C/O REVCARE<br>P.O. BOX 2309<br>CYPRESS, CA 90630<br>ACCT:090157-0 | $   32.64 |
| **TOTAL** | **$4,210.06** |

NOTE: USBC FILED A NOTICE TO PAY COURT COSTS THAT WAS INCORRECT; USBC WAS TO AMEND THE NOTICE; TRUSTEE HAS CONTACTED USBC MULTIPLE TIMES RE: AMENDING NOTICE.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3943 Irvine Blvd., #329, Irvine, California 92602.

The foregoing document described as **NOTICE OF UNCLAIMED DIVIDEND UNDER FRBP 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/16/09, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the United States Trustee    ustpregion16.rs.ecf@usdoj.gov
Sandra L. Bendon (TR)    snadra.bendon@att.net, sbendon@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 3/2/11 the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Robert John Collette, Jr., 144 west 42nd St., #85, San Bernardino, CA 92407-3841

Debtor's Attorney: Richard H. Travis, Jr., 4275 Lemon Street, Suite 100, Riverside, CA 92501

Hon. Peter H. Carroll, U.S. Bankruptcy Court, 3420 Twelfth Street, Ctrm: #304, Riverside, Ca 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/2/11 | Lauren Bendon | *[signature: Lauren Bendon]* |
|---|---|---|
| Date | Type Name | Signature |